Johanna Fister Norvell
Admitted *Pro Hac Vice*
LOCKE LORD LLP
600 Travis, Suite 2800
Houston, TX 77002
Texas State Bar No. 00796549
Telephone: (713) 226-1423
Fax: (713) 229-2599
hnorvell@lockelord.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>v.<br><br>BRE/LQ PROPERTIES, L.L.C. d/b/a<br>La Quinta Inn Phoenix North<br><br>    Defendant. | Case No. 2:17-cv-02802-DGC |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Fernando Gastelum and Defendant BRE/LQ Properties, L.L.C. d/b/a La Quinta Inn Phoenix North (collectively "the Parties") file this Joint Notice of Settlement, pursuant to LR Civ 40.2(d), to inform the Court that the Parties have reached a settlement in principle in the above-captioned matter. The Parties will file papers necessary to dismiss this action once the Parties finalize the settlement documents, which they reasonably expect to do not later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines, with the expectation that a Notice of Dismissal with Prejudice as to all claims and all parties will be filed within 30 days.

Date:  November 2, 2017

BY: /s/ Peter Strojnik
    Peter Strojnik
    Arizona Bar No. 6464
    STROJNIK P.C.
    2375 East Camelback Road, Suite 600
    Phoenix, Arizona 85016
    Telephone: (602) 524-6602
    Email: ada@strojnik.com

    Attorney for Plaintiff

BY: /s/ Johanna F. Norvell
    Johanna F. Norvell*
    Texas Bar No. 00796549
    LOCKE LORD LLP
    600 Travis Street, Suite 2800
    Houston, Texas 77002
    Telephone: (713) 226-1423
    Email: hnorvell@lockelord.com

    Attorney for Defendant

    *admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Peter Strojnik
Strojnik P.C.
2375 East Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
Email: ada@strojnik.com

    /s/Johanna F. Norvell
    Johanna F. Norvell